### ROUNTREE *v.* THE STATE.

TURNER, J.  There was nothing in the evidence warranting a charge upon the
· subject of voluntary manslaughter; the evidence sufficiently established the
charge of murder brought against the accused; and the newly discovered evi-
dence was merely cumulative, and not of such a character as to constrain the
granting of a new trial.    *Judgment affirmed.    All the Justices concur.*

Argued October 21, — Decided October 29, 1903.

Indictment for murder.  Before Judge Evans.  Emanuel superior court.   August 22, 1903.

*F. H. Saffold,* for plaintiff in error.    *John C. Hart, attorney-general,* and *B. T. Rawlings, solicitor-general,* contra.